IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-33095-H4 |
| **Moise Arrah** | |
| | CHAPTER 13 |
| **DEBTOR** | |

### NOTICE OF SCHEDULE OF HOME MORTGAGE PAYMENTS

UNLESS AN OBJECTION IS FILED IN WRITING WITH THE CLERK OF THE COURT WITHIN 21 DAYS OF THE DATE ON WHICH THIS DOCUMENT WAS FILED AND SERVED, THE NOTICE OF SCHEDULE HOME MORTGAGE PAYMENTS WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT A HEARING AND WITHOUT FURTHER NOTICE.

Notice is hereby given that the following is a schedule of payments made to the mortgage company indicated below during the period beginning December 2023 and ending November 2024.

| Date | Check # | Mortgage Company | Amount |
|---|---|---|---|
| 11/01/2024 | 0895427 | WILMINGTON SAVINGS FUND SOCIETY, FSB | $12,175.68 |

RESPECTFULLY SUBMITTED,

/s/David G. Peake
---
David G. Peake, Trustee
Admissions ID No. 15679500
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400 Telephone
(713)852-9084 Facsimile

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on December 10, 2024, either electronically or via BNC or U.S. First Class Mail.

| | |
|---|---|
| Moise Arrah<br>19218 West Austin Bayou Ct.<br>Cypress, TX  77433 | JAMES T FERGUSON<br>1 RIVERWAY<br>SUITE 1700<br>HOUSTON,  TX  77056<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB<br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC  29603 |

/s/David G. Peake
_____
David G. Peake, Trustee