**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| Moise Arrah | § | Case No.: 24-33095 |
| | § | |
| Debtor(s) | § | Chapter 13 |
| | § | |

ORDER APPROVING SALE OF PROPERTY

The Debtor(s) have filed a Motion to Sell Non-Exempt Real Property. This order is issued to provide further assurances to the parties to the proposed transaction.

It is therefore ORDERED that:

The Debtor(s) are authorized to sell the property described as 24327 Palo Dura Drive, Hockley, TX 77447.

IT IS FURTHER ORDERED:

2. The title officer shall deliver all net proceeds from the sale remaining after paying the existing mortgage indebtedness, broker fees and closing costs to David S. Peake, Chapter 13 Trustee.

Signed this _____ day of _____, 20___.

_____
Christopher M. Lopez
U.S. BANKRUPTCY JUDGE